1  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     David Eiseman (Bar No. 114758)
3    C. Matthew Didaleusky (Bar No. 208523)
     Daniel B. Boland (Bar No. 209506)
4  201 Sansome Street, 6th Floor
   San Francisco, California  94104-2303
5  Telephone: (415) 986-5700
   Facsimile:  (415) 986-5707
6
   Attorneys for Defendants
7  LifeScan, Inc. and Johnson & Johnson

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHEN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13 | DIAGNOSTIC SOLUTIONS, INC., a California ) |
   | corporation,                             ) | CASE NO.
14 |                                          ) |
   |              Plaintiff,                  ) | **DEFENDANTS LIFESCAN, INC. AND**
15 |                                          ) | **JOHNSON & JOHNSON'S NOTICE OF**
   |        v.                                ) | **REMOVAL OF ACTION UNDER 28**
16 |                                          ) | **U.S.C. § 1441(b)**
   | JOHNSON & JOHNSON, a New Jersey          ) |
17 | corporation; LIFESCAN, INC., a California) |
   | corporation; and DOES 1-100,             ) |
18 |                                          ) |
   |              Defendants.                 ) |
19 |                                          ) |

20

21

22  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

23         PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 (b), Defendants

24  LifeScan, Inc. ("LifeScan") and Johnson & Johnson hereby remove to this Court the state court action

25  described below.

26         1.     LifeScan and Johnson & Johnson are defendants in a civil action filed on May

27  10, 2001 in the Superior Court of the State of California for the County of Santa Clara, Case Number

28  CV798215, entitled *Diagnostic Solutions, Inc. v. Johnson & Johnson; LifeScan, Inc.; and Does 1-*

1   *100.* A true and correct copy of Plaintiff Diagnostic Solutions, Inc.'s ("DSI") Complaint in the state court action is attached hereto as Exhibit A.

3   2. LifeScan was served with the Summons and Complaint in the state court action on May 11, 2001; therefore, this removal is timely under 28 U.S.C. § 1446(b).

5   3. On June 8, 2001, LifeScan and Johnson & Johnson filed an Answer and Affirmative Defenses to DSI's Complaint in the state court action. A true and correct copy of LifeScan and Johnson & Johnson's Answer and Affirmative Defenses is attached hereto as Exhibit B. DSI's Complaint and LifeScan and Johnson & Johnson's Answer and Affirmative Defenses together constitute all of the process, pleadings and orders to date in the state action described in paragraph 1 above.

11   4. This action is properly removed to this Court under 28 U.S.C. § 1446(a) because the state court action is pending in Santa Clara County, California, which lies within this District and Division.

14   5. This Court has original federal question jurisdiction over the sixth and seventh causes of action asserted in DSI's Complaint pursuant to 28 U.S.C. § 1331, and may exercise supplemental jurisdiction over the other causes of action in DSI's Complaint pursuant to 28 U.S.C. § 1367.

18   6. The sixth cause of action in DSI's Complaint purports to state a claim for alleged violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962. This Court has original jurisdiction over claims for violation of the cited law.

21   7. The seventh cause of action in DSI's Complaint purports to state a claim for an alleged conspiracy to violate the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962. This Court has original jurisdiction over claims for violation of the cited law.

24   8. This Court may exercise supplemental jurisdiction over the other six state law causes of action alleged in DSI's Complaint pursuant to 28 U.S.C. § 1367 because those claims are so related to the sixth and seventh causes of action in DSI's Complaint that they form part of the same

1 | case or controversy under Article III of the United States Constitution.  Each of the eight causes of
2 | action in DSI's Complaint are based on the same set of operative facts and allegations.

4 | DATED: June 8, 2001

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP


By_____
David Eiseman
Attorneys for Defendants
LifeScan, Inc. and Johnson & Johnson